IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES LEE POLK, §<br>　　#1533696, §<br>　　　　PETITIONER, §<br>§<br>v.　　　　　　　　　　　　　　§　CIVIL CASE NO. 3:24-CV-0147-D<br>§<br>DIRECTOR, TDCJ-CID, §<br>　　　　RESPONDENT. § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing Sections 2254 and 2255 Proceedings in the United States District Court, and 28 U.S.C. § 2253(c), the court denies a certificate of appealability. The court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation filed in this case in support of its finding that the petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

If petitioner files a notice of appeal, petitioner

☐ may proceed in forma pauperis on appeal.

☒ must pay the $605.00 appellate filing fee or submit a motion to proceed in forma pauperis.

**SO ORDERED**.

April 30, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE